No. 2057. PEOPLE, APPELLEE, v. GONZÁLEZ, APPELLANT. — District Court of Humacao. Decided May 24, 1923. The

*Fiscal* alone having appeared at the hearing and the defendant having filed no brief in support of the appeal, it was dismissed.